

**ORDERED in the Southern District of Florida on August 5, 2016.**

*[signature]*

**John K. Olson, Judge
United States Bankruptcy Court**

___

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

IN RE:                                                              CASE NO.: 16-16346-JKO

Tavarez Altagracia                                         CHAPTER 13

DEBTOR           /

### ORDER DENYING DEBTOR'S MOTION TO REINSTATE CASE

THIS CAUSE came to be heard on <u>August 1, 2016</u>, on Debtor's Motion to Reinstate Case (ECF #19), and the Court being duly advised in the premises, it is:

ORDERED:

For the reasons stated on the record, the Debtor's Motion to Reinstate Case is

**<u>DENIED</u>** without prejudice.

###

ORDER SUBMITTED BY:

<u>ROBIN R. WEINER, ESQUIRE</u>
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FLORIDA 33355-9007
COPIES FURNISHED TO:

ROBIN R. WEINER ESQUIRE IS DIRECTED TO SERVE COPIES OF THIS ORDER ON THE PARTIES LISTED ABOVE AND FILEA CERTIFICATE OF SERVICE.